George N. Smith, Appellant, v. Rudolph Dotterweich, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Petition of Thomas Voke and Others, Respondents, for Surplus Moneys Arising on Foreclosure of Mortgage. John W. Winter, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Albert J. Wheeler, as Receiver of the German Bank, Respondent, v. Clarence M. Howard and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

United States Condensed Milk Company, Respondent, v. Alfred S. Bucknam and Edwin T. Vanderpoel, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.